

COMMONWEALTH OF KENTUCKY
OFFICE OF THE SECRETARY OF STATE
P. O. BOX 718
FRANKFORT, KENTUCKY 40602-0718

Eastern District of Kentucky
**FILED**
APR 12 2004
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

TREY GRAYSON
SECRETARY OF STATE

SERVICE OF SUMMONS
PHONE 502.564.2848 EXT. 440
FAX 502.564.4075

U. S. District Court
Eastern District
PO Box 1073
Covington, KY 41012

FROM: Summons Division
Secretary of State

RE: Case No. **04-60**

**Defendant: GREAT AMERICAN INSURANCE COMPANY**

DATE: 4/7/2004

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

3/31/2004
This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on
3/31/2004

☑ We are enclosing the return receipt confirming receipt of summons.

☐ We are enclosing the undelivered letter bearing the postal mark:

☐ To date, this office has received neither the postal return receipt card, nor the undelivered letter. Should we receive either, a suplemental return to the court will be made.

☐ Supplemental Return.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>3/31/2004        04-60<br><br>**GREAT AMERICAN INSURANCE COMPANY**<br>580 WALNUT STREET<br>CINCINNATI, OH 45202 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003-0500-0001-8030-6188 |

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540

---

**UNITED STATES POSTAL SERVICE**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

SECRETARY OF STATE
P. O. BOX 718
FRANKFORT, KY 40602-0718

RECEIVED APR 06 2004 SECRETARY OF STATE COMMONWEALTH OF KY